IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES LAMAR WILLIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-271-bbc

CAROL HOLINKA,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that petitioner James Lamar Willis's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that he is in custody in violation of federal law.

_____    10/21/10
Peter Oppeneer, Clerk of Court    Date